1   FREDERICK B. WARDER III, (NY SBN 23724720)
    *Admitted pro hac vice*
2   PATTERSON BELKNAP WEBB & TYLER LLP
    1133 Avenue of the Americas
3   New York, NY  10036
    Telephone:  (212) 336-2121
4   Facsimile:  (212) 336-2222
    FBWarder@pbwt.com
5
    JAMES M. MATTESICH (SBN 54069)
6   MARC B. KOENIGSBERG (SBN 204265)
    GREENBERG TRAURIG, LLP
7   1201 K Street, Suite 1100
    Sacramento, CA  95814-3938
8   Telephone:  (916) 442-1111
    Facsimile:  (916) 448-1709
9   MattesichJ@gtlaw.com
    KoenigsbergM@gtlaw.com
10
    Attorneys for Defendant
11  MAYBELLINE LLC

12              UNITED STATES DISTRICT COURT

13          FOR THE EASTERN DISTRICT OF CALIFORNIA

14

15
    PATSY MURDOCK, Individually And On  )   CASE NO. 2:13-CV-00207-JAM-EFB
16  Behalf Of All Others Similarly Situated,  )
                                        )
17          Plaintiff,                  )   **STIPULATED REQUEST TO STAY**
                                        )   **ACTION;  ORDER**
18  v.                                  )
                                        )   Judge: Hon. John A. Mendez
19  MAYBELLINE, LLC,                    )
                                        )   Complaint Filed:  February 1, 2013
20          Defendants.                 )   Trial Date:        None Set
                                        )
21  _____    )
                                        )
22

23

24

25

26

27

28
                              -1-

Plaintiff Patsy Murdock ("Plaintiff") and Defendant Maybelline LLC ("Defendant," and together with Plaintiff, the "Parties") through their respective counsel hereby stipulate as follows:

WHEREAS, Plaintiff served the Complaint in this action on February 1, 2013;

WHEREAS, Defendant served its Answer to the Complaint on March 22, 2013;

WHEREAS, three other cases involving allegations about the represented performance of Defendant's SuperStay lip and/or other cosmetic products and seeking monetary and injunctive relief are pending against Defendant in three other judicial districts:

- *Leebove et al. v. Maybelline, LLC,* No. 12-CV-7146 (S.D.N.Y.), filed on September 26, 2012;

- *Orshansky v. L'Oreal USA, Inc. et al.*, No. 12-CV-6342 (N.D. Cal.), filed on December 14, 2012; and

- *Algarin v. Maybelline, LLC*, Case No. 13-cv-00207 (AJB) (DHB) (S.D. Cal.), filed December 18, 2012;

WHEREAS on March 22, 2013, Defendant filed a motion with the Judicial Panel on Multidistrict Litigation ("JPML") pursuant to 28 U.S.C. § 1407 to transfer this *Murdock* action and the *Orshansky* and *Algarin* actions set forth above to the Southern District of New York, where the first-filed *Leebove* action is pending and where all defendants are headquartered, for coordinated MDL proceedings, *In re: Maybelline New York and L'Oreal Paris Cosmetic Prods. Adver. Litig.*, MDL No. 2447;

WHEREAS Plaintiff's response to Defendant's motion before the JPML is due on April 15, 2013, and Defendant's reply is due on April 22, 2013.

WHEREAS, the JPML may transfer this case to a different court for coordinated pretrial proceedings;

WHEREAS, to conserve the resources of the Court and the Parties, the Parties agree that it is appropriate to stay this action until the JPML rules on the pending motion for transfer and consolidation and that such a stay would promote the interests of justice;

-2-

1    WHEREAS, this Court has inherent power to stay proceedings in order to "control

2    the disposition of the causes on its docket with economy of time and effort for itself, for

3    counsel, and for litigants," *Landis v. North Am. Co.*, 299 U.S. 248, 254 (1936);

4    WHEREAS, district courts routinely stay cases pending the JPML's decision on a

5    motion for transfer in order to avoid the necessity of pretrial litigation that they may never

6    have to oversee if the transfer motion is granted.  *See Rivers v. Walt Disney Co.*, 980 F.

7    Supp. 1358, 1362 (C.D. Cal. 1997) (agreeing with "a majority of courts" that it is

8    "appropriate to stay preliminary pretrial proceedings while a motion to transfer and

9    consolidate is pending with the [JPML] because of the judicial resources that are

10   conserved"); *see also Good v. Prudential Ins. Co. of Am.*, 5 F. Supp. 2d 804, 809 (N.D. Cal.

11   1998) ("Courts frequently grant stays pending a decision by the [JPML] regarding whether

12   to transfer a case."); and

13   WHEREAS, the Parties agree that, should the MDL motion be denied, the Parties

14   will promptly confer and file the Joint Status Report required by the Court's February 4,

15   2013 Order Requiring Joint Status Report within fourteen (14) days of the denial.

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28

-3-

1    NOW, THEREFORE, IT IS HEREBY STIPULATED and requested by the Parties

2  through their respective attorneys of record that all proceedings, deadlines and discovery in

3  this action be stayed until after the JPML rules on the currently pending motion for transfer

4  and consolidation captioned *In re: Maybelline New York and L'Oreal Paris Cosmetic Prods.*

5  *Adver. Litig.*, MDL No. 2447.

6  Dated:        April 8, 2013              **SHEPHERD, FINKELMAN, MILLER**
                                            **& SHAH, LLP**
7

8
                                           By:/s/*Rose F. Luzon* (authorized on 4/8/13)
9                                             Rose F. Luzon
                                              James C. Shah
10                                            Natalie Finkelman Bennett

11                                         *Attorneys for Plaintiff* PATSY MURDOCK

12
                                           **GREENBERG TRAURIG, LLP**
13

14
                                           By:   /s/ *Marc B. Koenigsberg*
15                                            James M. Mattesich
                                              Marc B. Koenigsberg
16                                         *Attorneys for Defendant* MAYBELLINE
                                           LLC
17
                                       <u>**ORDER**</u>
18
       Good cause appearing therefor and pursuant to the Parties' stipulation, it is hereby
19
ORDERED that all proceedings, deadlines and discovery in this action be stayed until after
20
the JPML rules on the currently pending petition captioned *In re: Maybelline New York and*
21
*L'Oreal Paris Cosmetic Prods. Adver. Litig.*, MDL No. 2447.
22
       PURSUANT TO STIPULATION, IT IS SO ORDERED.
23

24
DATED:  April 9,  2013              /s/ John A. Mendez
25                                   JOHN A. MENDEZ
                                     United States District Court Judge
26

27

28
                                           -4-